IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KATINA LASHAWN MCMAHAND ) | Case No. 19-36671-KRH |
| ) | Chapter 13 |
| Debtor ) | |

## MOTION TO SELL REAL ESTATE

COMES NOW, the Debtor, by counsel, and as and for Debtor's Motion to Sell Real Estate, states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on December 24, 2019.

2. PHH Mortgage is a secured creditor which holds a first mortgage on the property known as 1426 Lynhaven Ave., Richmond, VA 23224, more particularly described as

> ALL that certain rectangular lot of land with the improvements thereon and appurtenances thereto, lying being and situated in the City of Richmond, Virginia, Virginia, and designated on the Plan of Powhatan Heights as Lot No. 28 in Block No. 4, and further described as follows:
>
> BEGINNING at a point on the eastern line of Lynhaven Avenue (formerly Lancaster Avenue) distant 1300 feet south of the southern line of Harwood Street; thence running along and fronting on the said eastern line of Lynhaven a distance of 48 feet to the northern line of property now or formerly known as Bellemeade; thence extending back eastwardly between parallel lines a distance of 199.2 feet.

(the "Property").

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

3. The approximate payoff balance on the note secured by said mortgage is $78,000.00. The tax assessed value of the Property is $104,000.00.

4. Debtor has entered into a contract ("Contract") for the sale of the Property to Real State LLC for $130,000.00, which, upon closing of the same, will result in PHH Mortgage releasing its deed of trust against the Property. A copy of said Contract is attached hereto collectively as Exhibit "A" and incorporated herein by this reference.

5. The amount of the sale or loan proceeds to be applied to the Debtor's obligations under the Chapter 13 is estimated to be approximately $20,000.00, which will be sufficient funds that will result in a 100% payout to all of the allowed claims.

6. The approximate amount of sales proceeds to be paid to the Debtor is $19,000.00.

7. On December 15, 2021, or as soon thereafter as may be practicable, Debtor intends to sell Debtor's interest in the Property in accordance with the terms of the Contract.

WHEREFORE, the Debtor requests that the Court enter an Order authorizing the sale of the Property in accordance with the terms of the Contract and for such other relief as the Court may deem appropriate.

Dated: November 24, 2021                                KATINA LASHAWN MCMAHAND

                                                                                 By: /s/ James E. Kane
                                                                                     Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof, and I mailed a true and exact copy to the parties on the list attached hereto.

/s/ James E. Kane
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KATINA LASHAWN MCMAHAND ) | Case No. 19-36671-KRH |
| ) | Chapter 13 |
| Debtor ) | |

**NOTICE OF MOTION AND HEARING**

The above Debtor has filed a Motion to Sell Real Estate with the Court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

The property Debtor is requesting to sell Debtor's primary residence known as 1426 Lynhaven Ave, Richmond, VA 23224 to Real State LLC for $130,000.00. The property is currently secured by a first deed of trust with an approximate balance of $78,000.00 which balance is to be paid in full with the proceeds from the sale of the property. The amount of the proceeds to be applied to the Debtor's obligations under the confirmed plan in this case is $20,000.00, which will result in 100% payment of all allowed claims in this case.

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within twenty-one (21) days from the date of this Notice, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

4

    You must also mail a copy to:

        James E. Kane, Esquire
        KANE & PAPA, P.C.
        1313 East Cary Street
        Richmond, Virginia  23219

- Attend a hearing scheduled for **December 8, 2021 at 12:00 p.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219**.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

- **REMOTE HEARING INFORMATION**:

Due to the COVID−19 public health emergency, no in-person hearings are being held.

This hearing will take place remotely through Zoom on the date and time scheduled herein.

To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at <u>www.vaeb.courts.gov</u>, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

***The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.

*** **PLEASE NOTE: You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

5

Dated: November 24, 2021　　　　　　　　　　　　KATINA LASHAWN MCMAHAND

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ James E. Kane
　　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on November 24, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof, and I mailed a true and exact copy to the parties on the list attached hereto.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ James E. Kane
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Debtor

*[handwritten annotation: Katina McMahand #closing date?]*

EXHIBIT A

# AGREEMENT TO PURCHASE REAL ESTATE

This agreement is made this November 15, 2021 between "Seller" <u>Katina Mitchell</u> and "Buyer" <u>Real State LLC</u>. The Seller and Buyer, when mentioned together may be referred to as Parties.  Seller agrees to sell and buyer agrees to buy the following described real property together with all improvements and fixtures and the personal property described:

Street Address:  1426 Lynhaven Ave Richmond VA 23224
Parcel ID: S-007-1229-025

The parties agree to the following terms and conditions:

**PURCHASE PRICE:** Buyer will pay the purchase price of $130,000 to Seller.

**EARNEST MONEY:** Buyer will pay <u>$500</u> to Seller as an earnest money deposit, which shall be deposited with any title company deemed by the Buyer. If Buyer fails to close then the earnest money will be forfeited to Seller as full and liquidated damages.

**CLOSE OF ESCROW:** Settlement shall be made on or about December 16, 2021 or as soon thereafter as title can be examined and necessary documents prepared, ("Settlement''). Possession shall be given at Settlement, unless otherwise agreed in writing.

**CLOSING TERMS AND CONDITIONS:**  Buyer will pay both Buyer's and Seller's closing costs. Title will be transferred by warranty deed at closing.  Seller agrees to provide clear title, free and clear of any lien or encumbrance. Seller will pay any back taxes at or before closing. This agreement is assignable.

**STUDY PERIOD:** Buyer has 14 days from the date of acceptance of this Contract to determine whether the Property is suitable to Buyer. Seller agrees to cooperate with Buyer and allow reasonable access to the Property for inspections, including but not limited to, Structural Engineers, Architectural Design, Electrical Contractors, Plumbing Contractors, Termite and Pest Inspections, Well and Septic Inspections, Marketability of the home and Surveys. In the event Buyer determines not to purchase the Property and so notifies the Seller in writing, then this Contract shall terminate upon the giving of such notice with both parties standing fully released from any and all obligations hereunder without further documentation.

**PROPERTY SOLD "AS IS":** The Buyer is purchasing the Property "as is". Buyer agrees Seller is not responsible to make repairs or improvements to the property prior to closing.

**DEFAULTS**: If Buyer defaults under this contract, any and all money deposited by Buyer(s) as the earnest money deposit shall be retained by Seller as full liquidated damages. If Seller defaults, Buyer may pursue all remedies allowed by law and Sellers default.

**SELLER ACKNOWLEDGMENT:**  Seller hereby acknowledges that all negotiations and deadlines with Buyer have been and are at arm's length and that Buyer has exerted no duress or undue influence over Seller or Seller's family in connection with this Agreement.  Seller is aware that the Buyer is purchasing the Property for immediate and/or concurrent resale and profit.

**SUCCESSORS AND ASSIGNEES**: The terms and conditions of this contract shall bind all successors, heirs, administrators, trustees, executors and assignees of the respective parties, unless otherwise stated and agreed upon in writing.

*[signatures: K.M / R]*

**ATTORNEY FEES:** If legal action is needed to enforce any part of this Agreement, the winning party is entitled to reasonable attorney fees and cost.

**THIS IS THE ENTIRE AGREEMENT:** This Agreement is complete between the Parties. No other representations have been made or relied on in making this Agreement. If any part or provision in this agreement is held to be invalid or unenforceable, the remaining valid provisions will stay in force and effect.

**OTHER PROVISIONS:**

By signing below, you understand and agree to the terms and conditions of this Agreement to Purchase Real Estate.

The undersigned have read the above information, understand it and verify that it is correct.

**Buyer:** Real State LLC

*/s/ Robert Lee*                                                                  11/15/2021
DocuSigned by: 9933B89A5950497...

By: Robert Lee                                                                    Date
Its: Member


**Seller:**

*/s/ K.M.*                                                                         11/15/2021
DocuSigned by: 08AA4026F5234F0...

By: Katina Mitchell                                                               Date
Its: Owner




By:                                                                                Date

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 19-36671-KRH<br>Eastern District of Virginia<br>Richmond<br>Wed Nov 24 13:08:31 EST 2021 | City of Richmond - Delinquent Taxes<br>Room 109<br>900 East Broad Street<br>Richmond, VA 23219-1907 | U.S. Bank National Association, as Trustee f<br>c/o Shapiro & Brown, LLP<br>501 Independence Parkway<br>Suite 203<br>Chesapeake, VA 23320-5174 |
| UST smg Richmond<br>Office of the U. S. Trustee<br>701 East Broad St., Suite 4304<br>Richmond, VA 23219-1849 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Aes/pheaa Rehabs<br>Attn: Bankruptcy Dept<br>Po Box 2461<br>Harrisburg, PA 17105-2461 |
| Anthem Healthkeepers<br>PO Box 9041<br>Oxnard, CA 93031-9041 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Bank of Missouri<br>Total Card<br>2700 S Lorraine Place<br>Sioux Falls, SD 57106-3657 |
| Brock & Scott PLLC<br>484 Viking Drive<br>Suite 203<br>Virginia Beach, VA 23452-7321 | CCS<br>PO Box 21504<br>Roanoke, VA 24018-0152 | CJW Medical Center<br>P O Box 13620<br>Richmond, VA 23225-8620 |
| COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | City of Richmond<br>Dept of Public Utilities<br>PO Box 26060<br>Richmond, VA 23274-0001 | City of Richmond<br>PO Box 26505<br>Richmond, VA 23261-6505 |
| City of Richmond  City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 | City of Richmond, Dept. of Public Utilities<br>730 E. Broad St. 5th Floor<br>Richmond, VA 23219-1861 | Cjw Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Commonwealth Anesthesia<br>PO Box 35808<br>Richmond, VA 23235-0808 | Commonwealth Primary Care<br>1800 Glenside Drive<br>Suite 105<br>Richmond, VA 23226-3769 | Commonwealth of Virginia<br>Department of Taxation<br>PO Box 2156<br>Richmond, VA 23218-2156 |
| Continental Finance Co<br>Po Box 8099<br>Newark, DE 19714-8099 | Credit Adjusment Board<br>8002 Discovery Drive<br>Suite 311<br>Henrico, VA 23229-8601 | DMV<br>PO Box 27412<br>Richmond, VA 23269-7412 |
| (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | ECMC<br>P O Box 16478<br>Lockbox 8682<br>Saint Paul, MN 55116-0000 | Educational Credit Management Corporation<br>PO Box 16408<br>St. Paul, MN 55116-0408 |
| Emergency Coverage Corporation<br>PO Box 1123<br>Minneapolis MN 55440-1123 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |

| | | |
|---|---|---|
| Geico<br>One Geico Center<br>Macon, GA 31296-0001 | HCA Virginia<br>P.O. Box 13620<br>Richmond, VA 23225-8620 | Henrico Doctor's Hospital<br>PO Box 740760<br>Cincinnati, OH 45274-0760 |
| Henrico Doctors Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Henrico Federal Credit Union<br>P.O. Box 27032<br>Henrico, VA 23273-7032 | Honor - C/O Peritus Portfolio Services<br>P.O. Box 141419<br>Irving, TX 75014-1419 |
| Honor Finance<br>909 Davis Street<br>Suite 260<br>Evanston, IL 60201-3645 | IC System<br>PO Box 64437<br>Saint Paul, MN 55164-0437 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| James River Emergency Group<br>PO Box 14099<br>Belfast, ME 04915-4034 | NPAS<br>PO Box 99400<br>Louisville, KY 40269-0400 | Ocwen Loan Servicing<br>1661 Worthington Road<br>Suite 100<br>West Palm Beach, FL 33409-6493 |
| PHH Mortgage<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Patient First<br>P.O. Box 758941<br>Baltimore, MD 21275-8941 | (p)PERITUS PORTFOLIO SERVICES<br>PO BOX 141419<br>IRVING TX 75014-1419 |
| Pivot Physical Therapy<br>PO Box 69030<br>Baltimore, MD 21264-9030 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Radiology Assoc. of Richmond<br>P.O. Box 79923<br>Baltimore, MD 21279-0923 | Receivables Performance Manag.<br>20818 44th Ave. W.<br>Suite 140<br>Lynnwood, WA 98036-7709 | Richmond Ambulance Authority<br>2400 Hermitage Rd<br>Richmond, VA 23220-1200 |
| Richmond Gastro Assoc.<br>P.O. box 19000<br>Belfast, ME 04915-4085 | The Rahman Group<br>8002 Discovery Drive<br>Suite 306<br>Henrico, VA 23229-8601 | Total Visa/Bank of Missouri<br>Attn: Bankruptcy<br>Po Box 85710<br>Sioux Falls, SD 57118-5710 |
| US Attorney<br>919 E Main St, Ste 1900<br>Richmond, VA 23219-4622 | US Deptartment of Education/Great Lakes<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 |
| Virginia Department of Taxatio<br>PO Box 2369<br>Richmond, VA 23218-2369 | Virginia Urology<br>PO Box 1870<br>Cary, NC 27512-1870 | (p)VIRGINIA UROLOGY<br>Attn: Bankruptcy Department<br>9101 Stony Point Drive<br>Richmond, VA 23235-1979 |

```
Westlake - C/O Peritus Portfolio Services      Westlake Financial Services              Westlake Financial Services
P.O. Box 141419                                Customer Care                            P.O. Box 76808
Irving, TX 75014-1419                          Po Box 76809                             Los Angeles, CA 90076-0808
                                               Los Angeles, CA 90076-0809


Xfinity/Comcast                                Carl M. Bates                            James E. Kane
PO Box 21428                                   341 Dial 866-813-0912 Code: 8576180      Kane & Papa, PC
Saint Paul, MN 55121-0428                      P. O. Box 1819                           1313 East Cary Street
                                               Richmond, VA 23218-1819                  P.O. Box 508
                                                                                        Richmond, VA 23218-0508


John P. Fitzgerald, III                        Katina Lashawn McMahand
Office of the US Trustee - Region 4 -R         1426 Lynhaven Ave
701 E. Broad Street, Ste. 4304                 Richmond, VA 23224-7304
Richmond, VA 23219-1849
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Dominion Energy                                (d)Dominion Energy Virginia              Fingerhut
PO Box 26666                                   PO Box 26543                             Attn: Bankruptcy
Richmond, VA 23261-0000                        Richmond, VA 23290-0000                  Po Box 1250
                                                                                        Saint Cloud, MN 56395-0000


(d)Jefferson Capital Systems                   Peritus Portfolio                        Virginia Urology
PO Box 953185                                  PO BOX 141419                            PO Box 79437
Saint Louis, MO 63195-0000                     Irving, TX 75014-0000                    Baltimore, MD  21279-0437
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Department of Motor Vehicle                 (u)Thomas Lu                             End of Label Matrix
2300 W. Broad Street                                                                    Mailable recipients    67
RIchmond                                                                                Bypassed recipients     2
                                                                                        Total                  69
```