IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KATINA LASHAWN MCMAHAND ) | Case No. 19-36671-KRH |
| ) | Chapter 13 |
| Debtor ) | |

**MOTION TO EXPEDITE HEARING ON MOTION
TO SELL REAL ESTATE AND TO SHORTEN NOTICE PERIOD**

COME NOW the Debtor, by counsel, and move this Court to Expedite the Hearing on his Motion to Sell Real Estate and to Shorten Notice Period, and in support thereof states as follows:

1.  The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on December 24, 2019.

2.  PHH Mortgage is a secured creditor which holds a first mortgage on the property known as 1426 Lynhaven Ave., Richmond, VA 23224, more particularly described as

> ALL that certain rectangular lot of land with the improvements thereon and appurtenances thereto, lying being and situated in the City of Richmond, Virginia, Virginia, and designated on the Plan of Powhatan Heights as Lot No. 28 in Block No. 4, and further described as follows:
>
> BEGINNING at a point on the eastern line of Lynhaven Avenue (formerly Lancaster Avenue) distant 1300 feet south of the southern line of Harwood Street; thence running along and fronting on the said eastern line of Lynhaven a distance of 48 feet to the northern line of property now or formerly known as Bellemeade; thence extending back eastwardly between parallel lines a distance of 199.2 feet.

(the "Property").

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

3. The approximate payoff balance on the note secured by said mortgage is $78,000.00. The tax assessed value of the Property is $104,000.00.

4. Debtor has entered into a contract ("Contract") for the sale of the Property to Real State LLC for $130,000.00, which, upon closing of the same, will result in PHH Mortgage releasing its deed of trust against the Property.

5. The amount of the sale or loan proceeds to be applied to the Debtor's obligations under the Chapter 13 is estimated to be approximately $20,000.00, which will be sufficient funds that will result in a 100% payout to all of the allowed claims in this case.

6. The approximate amount of sales proceeds to be paid to the Debtor is $19,000.00.

7. On December 15, 2021, or as soon thereafter as may be practicable, Debtor intends to sell Debtor's interest in the Property in accordance with the terms of the Contract.

WHEREFORE, the Debtor respectfully requests that the Court expedite the hearing on Motion to Sell Real Estate, Shorten the Notice Period required for said Motion, and grant such other and further relief as is just and proper.

Dated:  November 24, 2021                                   KATINA LASHAWN MCMAHAND


                                                            By: /s/ James E. Kane
                                                                Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATION

I, James E. Kane, pursuant to Local Rule 9013-1(N), do hereby certify that:

1. I have carefully examined the matter and concluded that there is a true need for an emergency hearing,

2. I have not created the emergency through any lack of due diligence.

3. I have made a *bona fide* effort to resolve the matter without hearing.

By:  /s/ James E. Kane
James E. Kane

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KATINA LASHAWN MCMAHAND ) | Case No. 19-36671-KRH |
| ) | Chapter 13 |
| Debtor ) | |

## NOTICE OF MOTION AND HEARING

The above Debtor has filed papers with the Court to request an order to Expedite the hearing and to Shorten the Notice Period with respect to the Motion to Sell Real Estate.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing scheduled for **December 8, 2021 at 12:00 p.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219.**  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

4

- **REMOTE HEARING INFORMATION**:

   Due to the COVID−19 public health emergency, no in-person hearings are being held.

   This hearing will take place remotely through Zoom on the date and time scheduled herein.

   To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.courts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

   ***The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.

   *** PLEASE NOTE: **You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.**

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: November 24, 2021                                                      KATINA LASHAWN MCMAHAND


                                                                                     By: /s/ James E. Kane
                                                                                             Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane<br>
Counsel for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 19-36671-KRH<br>Eastern District of Virginia<br>Richmond<br>Wed Nov 24 13:08:31 EST 2021 | City of Richmond - Delinquent Taxes<br>Room 109<br>900 East Broad Street<br>Richmond, VA 23219-1907 | U.S. Bank National Association, as Trustee f<br>c/o Shapiro & Brown, LLP<br>501 Independence Parkway<br>Suite 203<br>Chesapeake, VA 23320-5174 |
| UST smg Richmond<br>Office of the U. S. Trustee<br>701 East Broad St., Suite 4304<br>Richmond, VA 23219-1849 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Aes/pheaa Rehabs<br>Attn: Bankruptcy Dept<br>Po Box 2461<br>Harrisburg, PA 17105-2461 |
| Anthem Healthkeepers<br>PO Box 9041<br>Oxnard, CA 93031-9041 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Bank of Missouri<br>Total Card<br>2700 S Lorraine Place<br>Sioux Falls, SD 57106-3657 |
| Brock & Scott PLLC<br>484 Viking Drive<br>Suite 203<br>Virginia Beach, VA 23452-7321 | CCS<br>PO Box 21504<br>Roanoke, VA 24018-0152 | CJW Medical Center<br>P O Box 13620<br>Richmond, VA 23225-8620 |
| COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | City of Richmond<br>Dept of Public Utilities<br>PO Box 26060<br>Richmond, VA 23274-0001 | City of Richmond<br>PO Box 26505<br>Richmond, VA 23261-6505 |
| City of Richmond  City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 | City of Richmond, Dept. of Public Utilities<br>730 E. Broad St. 5th Floor<br>Richmond, VA 23219-1861 | Cjw Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Commonwealth Anesthesia<br>PO Box 35808<br>Richmond, VA 23235-0808 | Commonwealth Primary Care<br>1800 Glenside Drive<br>Suite 105<br>Richmond, VA 23226-3769 | Commonwealth of Virginia<br>Department of Taxation<br>PO Box 2156<br>Richmond, VA 23218-2156 |
| Continental Finance Co<br>Po Box 8099<br>Newark, DE 19714-8099 | Credit Adjusment Board<br>8002 Discovery Drive<br>Suite 311<br>Henrico, VA 23229-8601 | DMV<br>PO Box 27412<br>Richmond, VA 23269-7412 |
| (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | ECMC<br>P O Box 16478<br>Lockbox 8682<br>Saint Paul, MN 55116-0000 | Educational Credit Management Corporation<br>PO Box 16408<br>St. Paul, MN 55116-0408 |
| Emergency Coverage Corporation<br>PO Box 1123<br>Minneapolis MN 55440-1123 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |

| | | |
|---|---|---|
| Geico<br>One Geico Center<br>Macon, GA 31296-0001 | HCA Virginia<br>P.O. Box 13620<br>Richmond, VA 23225-8620 | Henrico Doctor's Hospital<br>PO Box 740760<br>Cincinnati, OH 45274-0760 |
| Henrico Doctors Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Henrico Federal Credit Union<br>P.O. Box 27032<br>Henrico, VA 23273-7032 | Honor - C/O Peritus Portfolio Services<br>P.O. Box 141419<br>Irving, TX 75014-1419 |
| Honor Finance<br>909 Davis Street<br>Suite 260<br>Evanston, IL 60201-3645 | IC System<br>PO Box 64437<br>Saint Paul, MN 55164-0437 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| James River Emergency Group<br>PO Box 14099<br>Belfast, ME 04915-4034 | NPAS<br>PO Box 99400<br>Louisville, KY 40269-0400 | Ocwen Loan Servicing<br>1661 Worthington Road<br>Suite 100<br>West Palm Beach, FL 33409-6493 |
| PHH Mortgage<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Patient First<br>P.O. Box 758941<br>Baltimore, MD 21275-8941 | (p)PERITUS PORTFOLIO SERVICES<br>PO BOX 141419<br>IRVING TX 75014-1419 |
| Pivot Physical Therapy<br>PO Box 69030<br>Baltimore, MD 21264-9030 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Radiology Assoc. of Richmond<br>P.O. Box 79923<br>Baltimore, MD 21279-0923 | Receivables Performance Manag.<br>20818 44th Ave. W.<br>Suite 140<br>Lynnwood, WA 98036-7709 | Richmond Ambulance Authority<br>2400 Hermitage Rd<br>Richmond, VA 23220-1200 |
| Richmond Gastro Assoc.<br>P.O. box 19000<br>Belfast, ME 04915-4085 | The Rahman Group<br>8002 Discovery Drive<br>Suite 306<br>Henrico, VA 23229-8601 | Total Visa/Bank of Missouri<br>Attn: Bankruptcy<br>Po Box 85710<br>Sioux Falls, SD 57118-5710 |
| US Attorney<br>919 E Main St, Ste 1900<br>Richmond, VA 23219-4622 | US Deptartment of Education/Great Lakes<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 |
| Virginia Department of Taxatio<br>PO Box 2369<br>Richmond, VA 23218-2369 | Virginia Urology<br>PO Box 1870<br>Cary, NC 27512-1870 | (p)VIRGINIA UROLOGY<br>Attn: Bankruptcy Department<br>9101 Stony Point Drive<br>Richmond, VA 23235-1979 |

| | | |
|---|---|---|
| Westlake - C/O Peritus Portfolio Services<br>P.O. Box 141419<br>Irving, TX 75014-1419 | Westlake Financial Services<br>Customer Care<br>Po Box 76809<br>Los Angeles, CA 90076-0809 | Westlake Financial Services<br>P.O. Box 76808<br>Los Angeles, CA 90076-0808 |
| Xfinity/Comcast<br>PO Box 21428<br>Saint Paul, MN 55121-0428 | Carl M. Bates<br>341 Dial 866-813-0912 Code: 8576180<br>P. O. Box 1819<br>Richmond, VA 23218-1819 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 |
| John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | Katina Lashawn McMahand<br>1426 Lynhaven Ave<br>Richmond, VA 23224-7304 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dominion Energy<br>PO Box 26666<br>Richmond, VA 23261-0000 | (d)Dominion Energy Virginia<br>PO Box 26543<br>Richmond, VA 23290-0000 | Fingerhut<br>Attn: Bankruptcy<br>Po Box 1250<br>Saint Cloud, MN 56395-0000 |
| (d)Jefferson Capital Systems<br>PO Box 953185<br>Saint Louis, MO 63195-0000 | Peritus Portfolio<br>PO BOX 141419<br>Irving, TX 75014-0000 | Virginia Urology<br>PO Box 79437<br>Baltimore, MD  21279-0437 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Department of Motor Vehicle<br>2300 W. Broad Street<br>RIchmond | (u)Thomas Lu | End of Label Matrix<br>Mailable recipients    67<br>Bypassed recipients     2<br>Total                  69 |