United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

In RE:                                      BCN#: 19-36671-KRH
Katina Lashawn McMahand              Chapter: 13

       Debtor

U.S. Bank National Association, as Trustee
for MASTR Asset Backed Securities Trust
2006-NC3 Mortgage Pass-Through
Certificates, Series 2006-NC3
or present noteholder,

       Movant/Secured Creditor,
v.
Katina Lashawn McMahand
       Debtor

### RESPONSE TO DEBTOR'S MOTION TO SELL REAL ESTATE

Comes now U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC3 Mortgage Pass-Through Certificates, Series 2006-NC3 ("Creditor"), by Counsel, and for its response to the Debtor's Motion to Sell Real Property states as follows:

1.     That U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC3 Mortgage Pass-Through Certificates, Series 2006-NC3 holds a first priority deed of trust secured by real property located at 1426 Lynhaven Avenue, Richmond, VA 23224.

2.     That Creditor consents to the sale of the real property located at 1426 Lynhaven Avenue, Richmond, VA 23224, which is secured by a deed of trust held by U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC3 Mortgage Pass-Through Certificates, Series 2006-NC3, provided that there are sufficient proceeds to pay its underlying note and deed of trust in full through settlement.

3. Further, that Creditor requests that all proceeds from the sale of the property be used to pay U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC3 Mortgage Pass-Through Certificates, Series 2006-NC3 in full, including its outstanding fees and costs due and owing at the date of settlement. Nothing contained herein shall prevent the Secured Creditor from proceeding to foreclosure upon obtaining relief from the Automatic Stay.

4. To the extent that the proceeds of the sale are insufficient to pay its underlying note and deed of trust in full including its fees and costs at settlement, then U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC3 Mortgage Pass-Through Certificates, Series 2006-NC3 is opposed to the Motion to Sell Real Property.

Dated: 12/01/2021

LOGS LEGAL GROUP LLP

Attorneys for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC3 Mortgage Pass-Through Certificates, Series 2006-NC3

By: /s/ Mary F. Balthasar Lake
_____
Malcolm B. Savage, III, Esquire
VSB #91050
William M. Savage, Esquire
VSB #26155
Mary F. Balthasar Lake, Esquire
VSB #34899
Gregory N. Britto, Esquire
VSB #23476
Randa Azzam, Esquire
VSB #31539
Counsel for Movant

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2021 the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | Debtor's Attorney |
| Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218 | Chapter 13 Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Katina Lashawn McMahand<br>1426 Lynhaven Ave<br>Richmond, VA 23224 | Debtor(s) |

/s/ Mary F. Balthasar Lake
_____
Malcolm B. Savage, III, Esquire
VSB #91050
William M. Savage, Esquire
VSB #26155
Mary F. Balthasar Lake, Esquire
VSB #34899
Gregory N. Britto, Esquire
VSB #23476
Randa Azzam, Esquire
VSB #31539
LOGS LEGAL GROUP LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
logsecf@logs.com    20-285789